**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RAY C. TURNAGE, et al.**                                        **PLAINTIFFS**

**V.**                                         **CAUSE NO. 3:18-CV-818-CWR-FKB**

**BRENT BAILEY, et al.**                                        **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 66, Plaintiffs' motions are denied, and this case is hereby closed on the Court's docket.

**SO ORDERED**, this the 10th day of November, 2020.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE