# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RAY C. TURNAGE, et al.**,

      *Plaintiffs*,

*v.*                                         CAUSE NO. 3:18-CV-818-CWR-FKB

**SAM BRITTON, et al.**,

      *Defendants*.

## FINAL JUDGMENT

Having issued an Order granting Defendants' *Motion to Dismiss*, *see* Docket No. 87, this Court finds that this cause should be dismissed and closed on the Court's docket.

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed with prejudice.

**SO ORDERED**, this the 15th day of March, 2023.

                                                   s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE